**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN BELL,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>TONY HEDGPETH, WARDEN,<br><br>　　　　　Respondent. | CASE NO. CV 08-02244 AG (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge, and has conducted a *de novo* review of those matters as to which Petitioner has filed objections. Having done so, the Court accepts the findings and recommendations of the Magistrate Judge.

DATED: June 30, 2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE